IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

       Plaintiff,                    CV F 07 1477  OWW WMW P

  vs.                               ORDER TO SHOW CAUSE

GOV SCHWARZENEGGER, et al.,

       Defendant.

      Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation  at Corcoran State Prison, brings this civil rights action against the Governor of the State of California, as well as numerous correctional officials.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

1  This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of
2  his confinement.  All three action were dismissed as frivolous, or for failure to state a claim upon
3  which relief can be granted.  Washintgon v. Gomez, 1998 WL 296370 (N.D. Cal.); Washington
4  v. Gomez, 1996 WL 7248895 (N.D. Cal.);Washington  v. Gomez, 1996 WL 682026 (N.D. Cal.);
5  Washington v. Gomez, 1996 WL 557609 (N.D. Cal.); Washington v. Cambra, 1996 WL 479069
6  (N.D. Cal.); Washington v. Cambra, 1996 WL 478965 (N.D. Cal.).  Plaintiff is therefore not
7  entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent
8  danger of serious physical injury.

9  Plaintiff's complaint sets forth two instances of excessive force in April and May of
10 2006.  The balance of the complaint consists of numerous and rambling allegations regarding the
11 conditions of Plaintiff's confinement.   Plaintiff  fails to allege facts indicating that he is in
12 imminent danger in serious injury.

13 Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why he
14 should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full.

16 IT IS SO ORDERED.

17 **Dated:   March 21, 2008**         **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

2